**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 10-21704-CIV-UNGARO/GOODMAN**

HARSH SHARMA,

      Plaintiff,

vs.

UNITED STATES ATTORNEY GENERAL, *et al.*

      Defendants.

_____/

## ORDER

      This matter is before the Court on Plaintiff's filing of February 15, 2011 (DE# 63).  Although the filing does not request any specific relief, the Clerk docketed it as: "MOTION/NOTICE Regarding Denial of Right to Access the Court by Defendants by Harsh Sharma."  As I noted in a previous order (DE# 61), Plaintiff can no longer seek relief from the Defendants in this case because his complaint is dismissed and this case is closed.  Therefore, Plaintiff's motion is denied as moot.

      I also note that this is the Plaintiff's ***ninth*** post-dismissal filing and that only one of Plaintiff's nine filings, his motion for reconsideration, which I recommended that the District Court deny, was procedurally proper or relevent to this case.  I am therefore **officially cautioning** Plaintiff not to file addition motions or notices in this case ***without showing good cause and seeking prior leave of the Court to file***.

      This case is closed, which means that Plaintiff may not raise additional claims and complaints on this docket.  I am hereby putting Plaintiff on notice that I will summarily strike or deny any future filings for which Plaintiff has not shown good cause and sought

2

prior leave of the Court before filing. I will also summarily deny any motions for leave to file which, on their face, are wholly meritless or procedurally improper.

DONE AND ORDERED in Chambers, at Miami, Florida, this 16th day of February, 2011.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All counsel of record

Harsh Sharma, **pro se**
Reg. No. 34507-018
FCI Jesup
Inmate mail/parcels
2680 Hwy 301 South
Jesup, GA 31599